CLOSED, CSSTAY, EAPN

# U.S. District Court
# United States District Court for the Western District of Missouri (Springfield)
# CIVIL DOCKET FOR CASE #: 6:07-cv-03222-RED
# Internal Use Only

Periman v. Davol, Inc. et al
Assigned to: District Judge Richard E. Dorr
Case in other court: Circuit Court of Greene County, Missouri, 107CC2727
Cause: 28:1332 Diversity-Product Liability

Date Filed: 07/17/2007
Date Terminated: 09/06/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Doris Periman**

represented by **Angela DeSanctis Myers**
Placzek & Francis
1722 S. Glenstone
Ste. J
Springfield, MO 65804
(417) 883-4000
Fax: (417)1503
Email: admyers@placzekfrancis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mathew W. Placzek**
Placzek & Francis
1722-J South Glenstone
Springfield, MO 65804
417/883-4000
Fax: 417/887-1503
Email: mplaczek@placzekfrancis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

represented by **Kara T Stubbs**
Baker, Sterchi, Cowden & Rice LLC
2400 Pershing Road
Suite 500
Kansas City, MO 64108
(816)471-2121
Fax: (816)472-0288
Email: stubbs@bscr-law.com
*LEAD ATTORNEY*

**Defendant**

**C. R. Bard, Inc.** represented by **Kara T Stubbs**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/18/2007 | 1 | NOTICE OF REMOVAL by Davol, Inc., C. R. Bard, Inc. from Circuit Court of Greene County, Missouri, case number 107CC2727. ( Filing fee $ 350 receipt number 1566928) filed by Kara T Stubbs on behalf of Davol, Inc., C. R. Bard, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Civil Cover Sheet)(Stubbs, Kara) (Entered: 07/18/2007) |
| 07/18/2007 | 2 | DEMAND for Trial by Jury by Davol, Inc., C. R. Bard, Inc.. (Stubbs, Kara) (Entered: 07/18/2007) |
| 07/18/2007 | 3 | DISCLOSURE OF CORPORATE INTERESTS filed by Kara T Stubbs on behalf of Defendants Davol, Inc., C. R. Bard, Inc..(Stubbs, Kara) (Entered: 07/18/2007) |
| 07/18/2007 | | NOTICE OF MAGISTRATE ASSIGNMENT e-mailed to all parties. This is a docket entry only. No document is attached.Magistrate Return due by 8/10/2007 (Elayer, Glenda) (Entered: 07/18/2007) |
| 07/18/2007 | 4 | Notice of EAPN assigned to outside mediator (Attachments: # 1 General Order)(Elayer, Glenda) (Entered: 07/18/2007) |
| 07/19/2007 | 5 | DEMAND for Trial by Jury by Doris Periman. (Placzek, Mathew) (Entered: 07/19/2007) |
| 07/25/2007 | 6 | LETTER OF REASSIGNMENT from Judge John T. Maughmer to Judge Richard E. Dorr. (Rowland, Bonnie) (Entered: 07/25/2007) |
| 08/01/2007 | 7 | ANSWER to Complaint with Jury Demand *AND AFFIRMATIVE DEFENSES* filed by Kara T Stubbs on behalf of Defendants Davol, Inc., C. R. Bard, Inc..(Stubbs, Kara) (Entered: 08/01/2007) |
| 08/02/2007 | 8 | RULE 16 NOTICE, proposed scheduling order ddl 11/5/2007, rule 26 conference ddl 10/16/2007. (Schroeppel, Kerry) (Entered: 08/02/2007) |
| 08/03/2007 | 9 | Consent MOTION to stay *of proceedings pending transfer to federal MDL* filed by Kara T Stubbs on behalf of all defendants. Suggestions in opposition/response due by 8/20/2007 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Stubbs, Kara) (Entered: 08/03/2007) |
| 08/07/2007 | 10 | ORDER granting 9 motion to stay; case stayed pending transfer to USDC of Rhode Island. (Schroeppel, Kerry) (Entered: 08/07/2007) |
| 08/07/2007 | | (Court only) ***Set/Clear Flags (Schroeppel, Kerry) (Entered: 08/07/2007) |

| | | |
|---|---|---|
| 09/06/2007 | 11 | Conditional Order of Transfer. Case Transferred to the District of Rhode Island for Multidistrict Litigation. MDL NO 1842. In Re Kugel Mesh Hernia Patch Products Liability Litigation.(Hollis, Julie) (Entered: 09/06/2007) |
| 09/06/2007 | | (Court only) ***Civil Case Terminated. (Hollis, Julie) (Entered: 09/06/2007) |